# EXHIBIT 8

After Recording Return To:

**METROPOLITAN LIFE INSURANCE COMPANY**
**AGRICULTURAL INVESTMENTS**
**205 E. RIVER PARK CIRCLE, #430**
**FRESNO CA 93720**

Fresno County Recorder
Paul Dictos, CPA
**2023-0113210**
Recorded at the request of:
ERECORDING PARTNERS NETWORK
12/12/2023 12:14 03
Titles: 1   Pages: 4
Fees: $20.00
CA SB2 Fees:$0.00
Taxes: $0.00
Total: $20.00

Recorded at Request of
Old Republic Title Company
14 21 002827-08

Exempt from fee per GC27388.1; document recorded in connection with a concurrent transfer subject to the imposition of documentary transfer tax

# DEED OF PARTIAL RECONVEYANCE

LEON A. MORENO as Trustee and Metropolitan Life Insurance Company, a New York corporation, as Beneficiary, under a Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated **December 13, 2011** by and between Manning Avenue Pistachios, a California general partnership, Donald E. Schramm and Nada L. Schramm, husband and wife, individually and as trustees of the Donald E. Schramm and Nada L. Schramm Revocable Trust dated December 2, 2010, Keith A Thomsen and Catherine S. Thomsen, husband and wife, individually and as trustees of The Thomsen Family Trust dated November 24, 2010 and Daniel L. Sweet and Carole A. Sweet, husband and wife and recorded on December 23, 2011, as Document No. 2011-0171650-00 of Official Records in the office of the Recorder of **Fresno** County, California;

Trustee having received from Beneficiary thereunder a written request to reconvey **38.20 acres** of the premises described in the Deed of Trust in accordance with the terms of said Deed of Trust all estate now held by said Trustee under said Deed of Trusts in and to the hereinafter described property, and said Deed of Trust and note or notes secured thereby having been presented for endorsement, hereby reconveys, without warranty, to the person or persons legally entitled thereto, all estate now held by it thereunder in and to that property situated in **Fresno** County, California, described on **Exhibit A** attached hereto and made a part hereof.

Such Partial Reconveyance is to cover only the Release Parcel and all remaining land encumbered by the Deed of Trust as of the date of this Partial Reconveyance is to remain so encumbered. The remaining property described in the Deed of Trust shall continue to be held by said Trustee under the terms thereof, and as provided in the Deed of Trust and this Partial Reconveyance is made without affecting the personal liability of any person for payment of the indebtedness secured by the Deed of Trust or the effect of the Deed of Trust upon the remainder of the property covered thereby.

**Now, Therefore,** at the request of the legal holder of the indebtedness secured by said Deed of Trust, and in consideration of the premises, and in further consideration of the sum of- -TEN- -Dollars to me in hand paid, the receipt whereof is hereby acknowledged, I, as the Trustee, do hereby remise, release and quit-claim unto the present owner or owners of said real estate and unto the heirs, successors and assigns of said owner or owners forever, all the right, title and interest which I, as such Trustee, have in and to only the following portion of the property, set forth and described in the above Deed of Trust.

To Have and To Hold the Same With the Appurtenances, unto the said Mortgagor, his heirs and assigns, forever freed, exonerated and discharged of and from the lien of said Mortgage, and of every part thereof, provided always, nevertheless, that nothing herein contained shall in any wise affect, alter or diminish

195197 – Manning Avenue
38.20 ac PR 11/23
et

the lien or encumbrance of the aforesaid Mortgage on the remaining part of said real estate described in said Mortgage, or the remedies at law for recovering from the said Mortgagor, his heirs, executors, administrators and assigns, the balance of said indebtedness with interest.

Metropolitan Life Insurance Company joins herein for the purpose of evidencing its consent to this Partial Reconveyance.

In Witness Whereof, Metropolitan Life Insurance Company and Leon A. Moreno, as Trustee, have executed this instrument on the __6th__ day of __December__, 2023.

**METROPOLITAN LIFE INSURANCE COMPANY,**
a New York corporation

By: **MetLife Investment Management, LLC,**
      its investment manager

By: _____
     Leonides A. Moreno
     Authorized Signatory and Managing Director


_____
Leon A. Moreno, Trustee

ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

STATE OF CALIFORNIA
COUNTY OF __Fresno__

On __December 6__, 2023, before me, __Amber Hernandez Ramirez__, a Notary Public, personally appeared __Leonides A. Moreno__, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

This area for official notarial seal.

AMBER HERNANDEZ RAMIREZ
Notary Public · California
Fresno County
Commission # 2430151
My Comm. Expires Dec 11, 2026

195197 – Manning Avenue
38.20 ac PR 11/23
et

## ACKNOWLEDGMENT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document |
|---|

STATE OF CALIFORNIA
COUNTY OF Fresno

On December 6, 2023, before me, Amber Hernandez Ramirez, a Notary Public, personally appeared Leon A. Moreno, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

This area for official notarial seal.

```
AMBER HERNANDEZ RAMIREZ
Notary Public - California
Fresno County
Commission # 2430151
My Comm. Expires Dec 11, 2026
```

195197 – Manning Avenue
38.20 ac PR 11/23
et

EXHIBIT A

The land situated in the unincorporated area of the County of Fresno, State of California, and is described as follows:

The fractional Northwest Quarter of Section 5, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, according to the Official Plat thereof.

Excepting therefrom that portion thereof lying within the 39.51 acre parcel of land described as Parcel 1 in the Land Purchase Contract between the U.S.A. and Rabb Bros., a co-partnership, recorded June 7, 1963 in Book 4869, Page 626, Fresno County Official Records.

Also excepting therefrom any portion lying South and Southwesterly of the 39.51 acre parcel of land described as Parcel 1 in the Land Purchase Contract, between the U.S.A. and Rabb Bros., a co-partnership, recorded June 7, 1963 in Book 4869, Page 626, Fresno County Official Records.

Also excepting an undivided One-half interest in all oil gas petroleum, petroleum products, hydrocarbon substances and any other minerals in, upon or under said promises, or hereafter discovered, as reserved in the Deed from Elizabeth C. McCoy, a widow, to Murietta Farms Company, a corporation, dated November 12, 1949, recorded November 21, 1949, Book 2795, Page 254 as Document No. 54736.

APN: 038-061-22S

195197 – Manning Avenue
38.20 ac PR 11/23
et