# EXHIBIT 9

**UCC-1**
2011-12-23

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CORP 2000
720 14TH Street
Sacramento, CA 95814
Account # 10036777

**11-7295138603**

**12/23/2011 11:18**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

31488140002 UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MANNING AVENUE PISTACHIOS | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1396 West Herndon, Suite 101 | Fresno | CA | 93711 | USA |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE. 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | ORGANIZATION DEBTOR  general partnership | California | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| SCHRAMM | DONALD | E. | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4721 West Jennifer, Suite 5 | Fresno | CA | 93722 | USA |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE. 2e. TYPE OF ORGANIZATION ORGANIZATION DEBTOR | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10801 MASTIN BLVD., SUITE 930 | Overland Park | KS | 66210 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See Schedule I attached hereto and incorporated herein.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Loan No. 195197

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
NATUCC1 - 5/4/01 C T System Online

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

19a. ORGANIZATION'S NAME
OR **MANNING AVENUE PISTACHIOS**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME

| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **SCHRAMM** | **NADA** | **L.** | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4721 West Jennifer, Suite 5** | **Fresno** | **CA** | **93722** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME

| OR 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **THOMSEN** | **KEITH** | **A.** | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4721 West Jennifer, Suite 5** | **Fresno** | **CA** | **93722** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME

| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **THOMSEN** | **CATHERINE** | **S.** | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4721 West Jennifer, Suite 5** | **Fresno** | **CA** | **93722** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - Insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME

| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - Insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME

| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

31468140002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | |
|---|---|
| 19a. ORGANIZATION'S NAME | |
| OR **MANNING AVENUE PISTACHIOS** | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 21a. ORGANIZATION'S NAME | | | |
| OR 21b. INDIVIDUAL'S LAST NAME **SWEET** | FIRST NAME **DANIEL** | MIDDLE NAME **L.** | SUFFIX |
| 21c. MAILING ADDRESS **4721 West Jennifer, Suite 5** | CITY **Fresno** | STATE **CA** POSTAL CODE **93722** | COUNTRY **USA** |
| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID #, if any ☐ NONE |

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | |
| OR 22b. INDIVIDUAL'S LAST NAME **SWEET** | FIRST NAME **CAROLE** | MIDDLE NAME **A.** | SUFFIX |
| 22c. MAILING ADDRESS **4721 West Jennifer, Suite 5** | CITY **Fresno** | STATE **CA** POSTAL CODE **93722** | COUNTRY **USA** |
| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID #, if any ☐ NONE |

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | |
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |
| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID #, if any ☐ NONE |

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| | | | |
|---|---|---|---|
| 24a. ORGANIZATION'S NAME | | | |
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| | | | |
|---|---|---|---|
| 25a. ORGANIZATION'S NAME | | | |
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| MANNING AVENUE PISTACHIOS | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

314881*40002* (vertical text at right margin)

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DONALD E. SCHRAMM AND NADA L. SCHRAMM REVOCABLE TRUST dated December 2, 2010 | | | | |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4721 West Jennifer, Suite 5 | Fresno | CA | 93722 | USA |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Revocable Trust | California | ☑ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **MANNING AVENUE PISTACHIOS** | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME,SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME **SCHRAMM** | FIRST NAME **DONALD** | MIDDLE NAME E. | | | SUFFIX |
| 11c. MAILING ADDRESS **4721 West Jennifer, Suite 5** | CITY **Fresno** | STATE **CA** | POSTAL CODE **93722** | | COUNTRY **USA** |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☑ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

3148140002

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR  **MANNING AVENUE PISTACHIOS**

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

**10. MISCELLANEOUS:**

31468140002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| SCHRAMM | NADA | L. | |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4721 West Jennifer, Suite 5 | Fresno | CA | 93722 | USA |

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☑ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR **MANNING AVENUE PISTACHIOS**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**10.** MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

3148140002

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR **THE THOMSEN FAMILY TRUST**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4721 West Jennifer, Suite 5 | Fresno | CA | 93722 | USA |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Revocable Trust | California | ☑ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S**   NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR **MANNING AVENUE PISTACHIOS**

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

**10. MISCELLANEOUS:**

31488140002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|----------------------------|------------|-------------|--------|
| | **THOMSEN** | **KEITH** | **A.** | |

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
**4721 West Jennifer, Suite 5** | **Fresno** | **CA** | **93722** | **USA**

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S   NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|----------------------------|------------|-------------|--------|
| | | | | |

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☑ Trustee acting with respect to property held in trust   or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR **MANNING AVENUE PISTACHIOS**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

31488140002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| THOMSEN | CATHERINE | S. | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4721 West Jennifer, Suite 5 | Fresno | CA | 93722 | USA |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S    NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☑ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

3148814002

## SCHEDULE I

Financing Statement (continued)

Name of Debtor:  MANNING AVENUE PISTACHIOS, a California general partnership;
DONALD E. SCHRAMM and NADA L. SCHRAMM, husband and wife, individually and as trustees of the DONALD E. SCHRAMM and NADA L. SCHRAMM REVOCABLE TRUST dated December 2, 2010; KEITH A. THOMSEN and CATHERINE S. THOMSEN, husband and wife, individually and as trustees of THE THOMSEN FAMILY TRUST dated November 24, 2010; and
DANIEL L. SWEET and CAROLE A. SWEET, husband and wife

Name of Secured Party:  METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation

Item No. 4:

All of Debtor's right, title and interest, whether now held or hereafter acquired, in and to:

All equipment, machinery, fixtures, goods, accounts, general intangibles, documents, instruments and chattel paper, and all other personal property of every kind and description whether now existing or hereafter acquired, now or at any time hereafter attached to, erected upon, situated in or upon, forming a part of, appurtenant to, used or useful in the construction or operation of or in connection with or arising from the use or enjoyment of all or any portion of or from any lease or agreement pertaining to, the real property or interests therein located in the County of Fresno, State of California, as more particularly described in Exhibit A attached hereto and made a part hereof (the "Real Property") including without limitation:

(A)   All buildings, structures and improvements of every nature whatsoever now or hereafter situated on the Real Property, including, without limitation, (i) all houses, barns, sheds, warehouses, pumphouses, bunkhouses, mobile homes, modular homes, hothouses and all other buildings, (ii) grain bins, silos, storage bins, metal sheds and buildings, water towers, utility and pipelines, and windmills, (iii) all towers, fences, gates and posts, (iv) all electric, water and gas lines, wiring, pipe and equipment together with meters, transformers, switch boxes, fuse panels, circuit breakers, timing devices, thermostats and control valves, (v) controlled atmosphere; and (vi) all additions, substitutions and replacements thereof now or hereafter owned by Debtor and

Schedule I – Page 1

71065384.1 0053564-00050

located in, on or about, or used or intended to be used with or in connection with the use, operation or enjoyment of the Real Property.

(B) All present and future income, rents, issues, profits and revenues of the Real Property and the Crops from time to time accruing (including, without limitation, all payments under leases or tenancies, unearned premiums on any insurance policy carried by Debtor for the benefit of Secured Party and/or the Real Property, tenant security deposits, escrow funds and all awards or payments, including interest thereon and the right to receive same, growing out of or as a result of any exercise of the right of eminent domain, including the taking of any part or all of the Real Property or payment for alteration of the grade of any road upon which said Real Property abuts, or any other injury to, taking of or decrease in the value of said Real Property, and all the estate, right, title, interest, property, possession, claim and demand whatsoever at law or in equity, of Debtor of, in and to the same (the "Proceeds").

(C) All improvements, equipment and fixtures now owned or hereafter acquired by the Debtor that now or hereafter are located on, affixed or attached to, or incorporated in the Real Property or the improvements thereon, including (i) all wells, irrigation and drainage pumps, motors, pipes, sprinklers, drip line and emitters, filters, water measurement, meters and control structures and other irrigation equipment, including, without limitation, the specific items described in Exhibit B attached hereto and incorporated herein; (ii) appliances, pool equipment, and affixed furnishings; (iii) all trellises, wind machines and other frost protection equipment; (iv) all trees, vines and other permanent plantings; and (iv) all additions, substitutions for, or replacements of, the foregoing.

(D) All rights to the use and enjoyment of water, whether surface or subsurface, whether riparian, appropriative, prescriptive or otherwise, and whether or not appurtenant, now or hereafter relating or available to the Real Property or used or available for use in connection with the Real Property, including: (a) all water allocations, water banking interests, carryover rights, supplemental water, water banking rights and interests, distribution rights, delivery rights, storage and exchange rights, drainage rights, and other water-related rights or entitlements, whether available through any public or private irrigation projects, companies, districts, agencies, water banks, private parties or otherwise, together with all shares of stock or general intangibles evidencing any such rights or entitlements, and all voting rights and other rights and privileges that now or hereafter may exist with respect to such stock or with respect to participation, membership, or other involvement in any such projects, companies, districts, or agencies, excluding, however, Debtor's membership interest in Poso Creek Water Company, LLC, a California limited liability company, and all attendant rights and privileges including Debtor's allocations of stored water derived through such membership interest; (b) all water and water inventory in storage and any interest in the related storage facility or bank; (c) all easements, permits, licenses, contracts, leases, grants, reservations and any other rights and entitlements, however created, to drill, install and maintain wells, pumps and pipeline systems, or to use, appropriate, pump, extract, receive, transport, store or transfer water; and (d) all rights under well, pump and filter sharing agreements, including without limitation, those rights under

Schedule I – Page 2

that certain Grant of Easements and Well Sharing Agreement dated May 16, 2008, recorded May 13, 2008 in the Official Records of Fresno County, California as document number 2008-0069195.

(E)     All minerals or rights to minerals owned by Debtor, whether solid, liquid or gaseous (or a mixture), whether valuable or not, and whether or not known to exist under the Real Property, together with full rights of ingress and egress and use of the surface to the extent reasonably necessary for the purpose of exploring, drilling, mining, developing, producing, storing, removing, treating and transporting said minerals.

(F)     All estates, tenements, hereditaments, privileges, easements, franchises, licenses, permits and other rights appurtenant to the Real Property, including: (a) all rights, permits, licenses, and other entitlements authorizing Debtor to use the Property as it presently is being used or as Debtor intends to use it, or both, (b) all rights of way used in connection therewith or as a means of access thereto, (c) the U.S. Department of Agriculture, Farm Services Agency ("FSA") crop base and any similar governmental entitlements from time to time allocated to the Real Property, (d) all rights to drain the Real Property and to dispose of irrigation water from the Real Property, together with all drainage easements and rights in drainage districts, (e) all rights in cooperative associations for milling, ginning, grinding, storage, and marketing of crops and produce from the Real Property.

(G)     All crops now or hereafter grown, growing or to be grown on the Real Property, including, without limitation, harvested crops, farm products, seed and propagative portions of plants (the "Crops").

(H)     All intellectual property rights now or hereafter held by Debtor with respect to trees or other permanent plantings now or hereafter growing on the Real Property, including, without limitation, all trademarks, patents or patent licenses.

(I)     All accessions, parts, or additions to and all replacements of and substitution for any of the property described in the preceding clauses.

(J)     All products of any of the property described on the preceding subparagraphs and all proceeds (including insurance proceeds) from the sale or other disposition of any of the property described in the preceding clauses.

The filing of this financing statement shall not be construed to derogate from or impair the lien or provisions of that certain Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing of substantially even date herewith (the "Deed of Trust") from Debtor, as trustor, for the benefit of Secured Party, as beneficiary, encumbering the Real Property with respect to any property described therein which is Real Property. The hereby stated intention of Debtor and Secured Party is that everything used in connection with the production of income from such Real Property or adapted for use thereon is, and at all times and for all purposes and in all proceedings, both legal and equitable, shall be regarded as, Real Property and part of the Real Property encumbered by the Deed of Trust, irrespective of whether

Schedule I – Page 3

71065384.1 0053564-00050

or not the same is physically attached to the improvements thereon. Similarly, nothing in this financing statement shall be construed to alter any of the rights of Secured Party as determined by the Deed of Trust or the priority of the Secured Party's lien created thereby. This financing statement is declared to be for the protection of Secured Party in the event any court shall at any time hold that notice of Secured Party's priority of interest in any property or interests described in the Deed of Trust must, in order to be effective against a particular class of persons, including, but not limited to, the United States Government and any agencies thereof, be filed in the office wherein this financing statement is filed.

Schedule I – Page 4

## EXHIBIT "A"

### DESCRIPTION OF REAL PROPERTY

The following real property situated in Fresno County, California:

PARCEL 1: (APN: 027-171-21-S AND 027-171-23-S)

THE NORTHEAST QUARTER OF SECTION 29, TOWNSHIP 15 SOUTH, RANGE 13 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION THEREFROM CONVEYED TO THE STATE OF CALIFORNIA, BY DEED RECORDED APRIL 21, 1965 IN BOOK 5158 PAGE 733 OF OFFICIAL RECORDS, AS DOCUMENT NO. 33410.

PARCEL 2: (APN: 027-180-62)

THE SOUTH THREE-FOURTHS (SOUTH 3/4) OF THE NORTHWEST QUARTER OF SECTION 25, TOWNSHIP 15 SOUTH, RANGE 13 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 3:(APN: 027-180-63)

THE NORTH HALF OF THE NORTH HALF OF THE NORTHWEST QUARTER OF SECTION 25, TOWNSHIP 15 SOUTH, RANGE 13 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THE NORTH 100 FEET THEREOF.

PARCEL 4:(APN: 038-060-61-S)

THAT PORTION OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, LYING NORTH OF THAT CERTAIN PARCEL OF LAND GRANTED TO THE UNITED STATES OF AMERICA AS DESCRIBED IN THAT CERTAIN DEED EXECUTED BY RABB BROS, A CO-PARTNERSHIP COMPOSED OF ROY K RABB AND JOHN C RABB, PARTNERS, RECORDED NOVEMBER 15, 1963, IN BOOK 4929 PAGE 440 OF OFFICIAL RECORDS, INSTRUMENT NO. 90952

EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS THEREIN AND THEREUNDER, AS RESERVED OF RECORD.

Schedule I – Exhibit A

SAID LEGAL DESCRIPTION IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED FEBRUARY 04, 2011 AS INSTRUMENT NO. 2011-0019411 OF OFFICIAL RECORDS.

PARCEL 5:(APN: 038-060-97-S)

LOTS 21, 22, 27 AND 28, IN SECTION 4, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE MAP OF A PART OF CALIFORNIA LAND COMPANY'S TRACT NO. 1, RECORDED MAY 8, 1912, IN BOOK 7 PAGE 49 OF RECORD OF SURVEYS, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM ALL THAT PORTION OF SAID SOUTH HALF OF SECTION 4, OF THAT CERTAIN PARCEL OF LAND GRANTED TO THE UNITED STATES OF AMERICA AND DESCRIBED IN THAT CERTAIN DEED EXECUTED BY RABB BROS., A COPARTNERSHIP, COMPOSED OF ROY K. RABB AND JOHN C. RABB, PARTNERS, RECORDED NOVEMBER 15, 1963, IN BOOK 4929 PAGE 440 OF OFFICIAL RECORDS, INSTRUMENT NO. 90952.

ALSO EXCEPT ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS RESERVED IN THE DEED FROM ELISABETH C. MCCOY, A WIDOW, TO MURIETTA FARMS COMPANY, A CORPORATION, DATED SEPTEMBER 18, 1950, RECORDED SEPTEMBER 20, 1950, IN BOOK 2903 PAGE 343 OF OFFICIAL RECORDS, INSTRUMENT NO. 50801.

PARCEL 6:(APN: 038-060-65-S)

THE FRACTIONAL NORTHWEST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPT THEREFROM THAT PORTION THEREOF LYING WITHIN THE 39.51 ACRE PARCEL OF LAND DESCRIBED AS PARCEL 1 IN THE LAND PURCHASE CONTRACT BETWEEN THE U.S.A. AND RABB BROS., A COPARTNERSHIP, RECORDED JUNE 7, 1963 IN BOOK 4869, PAGE 626, FRESNO COUNTY OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ANY PORTION LYING SOUTH AND SOUTHWESTERLY OF THE 39.51 ACRE PARCEL OF LAND DESCRIBED AS PARCEL 1 IN THE LAND PURCHASE CONTRACT BETWEEN THE U.S.A. AND RABB BROS., A COPARTNERSHIP, RECORDED JUNE 7, 1963 IN BOOK 4869, PAGE 626, FRESNO COUNTY OFFICIAL RECORDS.

ALSO EXCEPT AN UNDIVIDED ONE-HALF INTEREST IN ALL OIL GAS PETROLEUM, PETROLEUM PRODUCTS, HYDROCARBON SUBSTANCES AND ANY OTHER MINERALS IN, UPON OR UNDER SAID PROMISES, OR HEREAFTER DISCOVERED, AS RESERVED IN THE DEED FROM ELIZABETH C. MCCOY, A WIDOW, TO MURIETTA

Schedule I – Exhibit A

FARMS COMPANY, A CORPORATION, DATED NOVEMBER 12, 1949, RECORDED NOVEMBER 21, 1949, AS DOCUMENT NO. 54736.

PARCEL 7:(APN: 027-180-72-S)

THE SOUTHWEST QUARTER OF SECTION 25, TOWNSHIP 15 SOUTH, RANGE 13 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL THE OIL AND GAS, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SUCH DEPOSITS FROM SAID PROPERTY UPON COMPLIANCE WITH CONDITIONS AND SUBJECT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914 (38 STAT. 509) AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA TO SEBASTIANO PASO, DATED MAY 16, 1927, RECORDED MAY 1, 1942, IN BOOK 2004 PAGE 108 OF OFFICIAL RECORDS, DOCUMENT NO. 17028.

Schedule I – Exhibit A

## EXHIBIT "B"

### Irrigation Equipment

| Well # | Power Unit | | | Pump | | |
|---|---|---|---|---|---|---|
| | Manufacturer | HP Rating | Serial # | Manufacturer | Serial # | Discharge |
| 1 | US Motors | 300 HP | H0300S2SLHX | Peerless | N/A | 1428GPM |

### Other Irrigation Equipment

| Equipment | | | |
|---|---|---|---|
| Tract | Item | Manufacturer | Further Description |
| 1 | Filter Station -- 6 Filter Tanks | Flowguard | Includes other piping, motors, etc. |
| 1 | Filter Station -- Booster | Cummins | Includes other piping, motors, etc. |
| 2 | Filter Station -- 4 Filter Tanks | Flowguard | Includes other piping, motors, etc. |
| 3 | Filter Station -- 5 Filter Tanks | Unknown | Includes other piping, motors, etc. |
| 4 | 3 Filter Tanks | Lakos | Includes other piping, motors, etc. |
| 4 | 3 Filter Tanks | Unknown | Includes other piping, motors, etc. |

All wells (including domestic), pumps, motors, underground pipelines, filter stations, drip, overhead and micro-sprinkler systems and equipment.

Schedule I – Exhibit B-1

**UCC Amendment**
2016-12-21

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company |
| 800-858-5294 |

**B. E-MAIL CONTACT AT FILER (optional)**

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CORPORATION SERVICE COMPANY |
| 801 ADLAI STEVENSON DRIVE |
| SPRINGFIELD, IL 62703 |
| USA |

**DOCUMENT NUMBER: 58863390002**
**FILING NUMBER: 16-75624800**
**FILING DATE: 12/21/2016 14:34**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 11-7295138603 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.  |  ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c  |  ☐ ADD name: Complete item 7a or 7b, and item 7c  |  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | METROPOLITAN LIFE INSURANCE COMPANY | | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA: |
|---|
| 195197 [ 125285422] |

**FILING OFFICE COPY**

**UCC Amendment**
2023-07-18




U230050750718



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U230050750718 |
| Date Filed: 7/18/2023 |

**Submitter Information:**

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

**Amendment Action Information:**

| | |
|---|---|
| Initial Financing Statement File Number | 117295138603 |
| Date Filed | 12/23/2011 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

**Edit Secured Party:**

| Secured Party Name | Mailing Address |
|---|---|
| *Changed From:*<br>METROPOLITAN LIFE INSURANCE COMPANY<br>*Changed To:*<br>BRIGHTHOUSE LIFE INSURANCE COMPANY | *Changed From:*<br>10801 MASTIN BLVD., SUITE 930<br>OVERLAND PARK, KS 66210<br>*Changed To:*<br>10801 MASTIN BOULEVARD, SUITE 930<br>OVERLAND PARK, KS 66210 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          METROPOLITAN LIFE INSURANCE COMPANY

Optional Filer Reference Information:
2605 92786

B1961-7043 07/18/2023 4:05 PM Received by California Secretary of State

**UCC Amendment**
2023-12-14

B2323-2049 12/14/2023 5:00 PM Received by California Secretary of State

For Office Use Only

**-FILED-**

File No.: U230088487137

Date Filed: 12/14/2023

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT SUBMITTER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

2712 17408 - 12/12/2023
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California
(S.O.S.)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13. |
|---|---|
| 11-7295138603 12/23/2011 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    AND   Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record     ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:   Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:   Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. COLLATERAL CHANGE:   Check only one box:   ☐ ADD collateral   ☑ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN* collateral

Indicate collateral:                    *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

Partial Release as described on Exhibit A attached hereto and made a part hereof

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:   Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME   Metropolitan Life Insurance Company | | | |
|---|---|---|---|
| **OR** 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA: 195197 - 38.2 ac PR

2712 17408

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

---

### EXHIBIT A to the PURCHASE AND SALE AGREEMENT
### AND ESCROW INSTRUCTIONS

---

#### The Real Property

The land situated in the unincorporated area of the County of Fresno, State of California, and is described as follows:

The fractional Northwest Quarter of Section 5, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, according to the Official Plat thereof.

Excepting therefrom that portion thereof lying within the 39.51 acre parcel of land described as Parcel 1 in the Land Purchase Contract between the U.S.A. and Rabb Bros., a co-partnership, recorded June 7, 1963 in Book 4869, Page 626, Fresno County Official Records.

Also excepting therefrom any portion lying South and Southwesterly of the 39.51 acre parcel of land described as Parcel 1 in the Land Purchase Contract, between the U.S.A. and Rabb Bros., a co-partnership, recorded June 7, 1963 in Book 4869, Page 626, Fresno County Official Records.

Also excepting an undivided One-half interest in all oil gas petroleum, petroleum products, hydrocarbon substances and any other minerals in, upon or under said promises, or hereafter discovered, as reserved in the Deed from Elizabeth C. McCoy, a widow, to Murietta Farms Company, a corporation, dated November 12, 1949, recorded November 21, 1949, Book 2795, Page 254 as Document No. 54736.

APN: 038-061-22S

B2323-2050 12/14/2023 5:00 PM Received by California Secretary of State

**UCC Amendment**
2024-08-19





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U240066278835 |
| Date Filed: 8/19/2024 |

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | 117295138603 |
| Date Filed | 12/23/2011 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Edit Debtor |

Edit Debtor:

| Debtor Name | Mailing Address |
|---|---|
| *Changed From:* MANNING AVENUE PISTACHIOS *Changed To:* MANNING AVENUE PISTACHIOS, LLC | *Changed From:* 1396 WEST HERNDON, SUITE 101 FRESNO, CA 93711 *Changed To:* 1396 WEST HERNDON, SUITE 101 FRESNO, CA 93711 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name    BRIGHTHOUSE LIFE INSURANCE COMPANY

Optional Filer Reference Information:
53564-646/loan 195197 2907 22363

B2979-3642  08/19/2024  9:40 PM Received by California Secretary of State