1  MICHAEL B. BROWN, Bar No. 179222
   michael.brown@stoel.com
2  THOMAS A. WOODS, Bar No. 210050
   thomas.woods@stoel.com
3  BENJAMIN J. CODOG III, Bar No. 307034
   benjamin.codog@stoel.com
4  MICHELLE J. ROSALES, Bar No. 343519
   michelle.rosales@stoel.com
5  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
6  Sacramento, CA  95814
   Telephone:  916.447.0700
7  Facsimile:  916.447.4781

8  *Attorneys for Plaintiff*
   BRIGHTHOUSE LIFE INSURANCE COMPANY, a
9  Delaware corporation

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ACDF, LLC, a California limited liability company, successor in interest to 104 PARTNERS, LLC; C & A FARMS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; CANTUA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1-100, <br><br> Defendants. | Case No. <br><br> **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** <br> **[Fed. R. Civ. P. 7.1]** <br><br> Action Filed: <br> Trial Date: Not Set |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT   -1-

125619641.2 0053564-00655

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Brighthouse Life Insurance Company, a Delaware corporation, submits this Corporate Disclosure Statement.

Brighthouse Life Insurance Company is a wholly owned subsidiary of Brighthouse Financial, Inc.  Brighthouse Financial, Inc. is a publicly held corporation and a citizen of Delaware.

DATED:  October 10, 2024            STOEL RIVES LLP


/s/ Thomas A. Woods
MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG III, Bar No. 307034
benjamin.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Plaintiff*
*BRIGHTHOUSE LIFE INSURANCE*
*COMPANY, a Delaware corporation*