# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C&A FARMS, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-01235 JLT HBK<br><br>ORDER DISQUALIFYING DISTRICT JUDGE AND REASSIGNING CASE<br><br>Old Case Number: 1:24-cv-01235 JLT HBK<br>New Case Number: 1:24-cv-01235 KES HBK |

Good cause appearing, the assigned District Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of the Honorable Kirk E. Sherriff. The new case number is 1:24-cv-01235 KES HBK. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: __October 14, 2024__                                     _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE