MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiff*
BRIGHTHOUSE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, successor in interest to 104 PARTNERS, LLC; C & A FARMS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; CANTUA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1-100,<br><br>Defendants. | Case No. 1:24-cv-01235 KES HBK<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>Date Action Filed: October 10, 2024 |

Pursuant to the requirements of Local Rule 123, Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY ("Plaintiff") hereby notifies the Court of the following possibly related cases:

1. *The Prudential Insurance Company of America et al. v. ACDF, LLC*, Case No. 1:24-cv-01102-KES-SAB, filed September 16, 2024, assigned to Judge Kirk E. Sheriff and Magistrate Judge Stanley A. Boone;

2. *U.S. Bank National Association v. Touchstone Pistachio Company, LLC*, et al., Case No. 1:24-cv-01105-SKO, filed September 17, 2024, assigned to Judge Kirk E. Sheriff and Magistrate Judge Sheila K. Oberto;

3. *Metropolitan Life Insurance Company v. FNF Farms, LLC, et al.*, Case No. 1:24-cv-01226-BAM, assigned to Magistrate Judge Barbara A. McAuliffe;

4. *Metropolitan Life Insurance Company v. C & A Farms, LLC, et al.*, Case No. 1:24-cv-01230-SAB, assigned to Magistrate Judge Stanley A. Boone;

5. *Metropolitan Life Insurance Company v. Maricopa Orchards, LLC, et al.*, Case No. 1:24-cv-01231-CDB, assigned to Magistrate Judge Christopher D. Baker;

6. *Brighthouse Life Insurance Company v. Kamm South, LLC, et al.*, Case No. 1:24-cv-01232-KES-BAM, assigned to Judge Kirk E. Sheriff and Magistrate Judge Barbara A. McAuliffe;

7. *Brighthouse Life Insurance Company v. Manning Avenue Pistachios, LLC, et al.*, Case No. 1:24-cv-01233-KES-EPG, assigned to Judge Kirk E. Sheriff and Magistrate Judge Erica P. Grosjean;

8. *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, Case No. 1:24-cv-01241-KES-CDB, assigned to Judge Kirk E. Sheriff and Magistrate Judge Christopher D. Baker; and

9. *Metropolitan Life Insurance Company v. ACDF, LLC, et al.*, Case No. 1:24-cv-01261-HBK, assigned to Magistrate Judge Helena M. Barch-Kuchta.

The following parties are named defendants in two or more complaints listed above: ACDF, LLC; Touchstone Pistachio Company, LLC; Maricopa Orchards, LLC; C & A Farms, LLC; Panoche Pistachios, LLC; Manning Avenue Pistachios, LLC; Cantua Orchards, LLC; Farid Assemi; Farshid Assemi; Darius Assemi; and Sonia Rosemary Assemi.

The actions appear to involve similar claims and similar questions of facts and law. The actions involve creditors of an integrated farming business. Plaintiffs in each of the actions have sought or will seek the appointment of receivers.

The *Prudential* and *U.S. Bank* cases have been deemed related and assigned to the Honorable Judge Kirk E. Sheriff. As a result of the above, Plaintiff requests that this action and the other actions referenced above filed by Plaintiff and its affiliated entities be assigned to the Honorable Kirk E. Sheriff.

DATED:  October 22, 2024                    STOEL RIVES LLP

      */s/* Thomas A. Woods
MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Plaintiff*
BRIGHTHOUSE LIFE INSURANCE COMPANY