MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, successor in interest to 104 PARTNERS, LLC; C & A FARMS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; CANTUA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual, inclusive,<br><br>Defendants. | Case No. 1:24-cv-01235-KES-SAB<br><br>**PLAINTIFF'S NOTICE OF ERRATA TO EXHIBITS TO COMPLAINT**<br><br>**[DKT. 1]**<br><br>Action Filed: October 10, 2024<br>Trial Date: Not Set |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY hereby respectfully submits this Notice of Errata to correct errors in the Exhibits attached to its Complaint (Dkt. 1) filed on October 10, 2024.  Specifically, Exhibits 1 through 11 contained the wrong documents.  The corrected Exhibits 1 through 11 are attached hereto.  There are no changes to the Complaint itself.

DATED: October 25, 2024        STOEL RIVES LLP

By: /s/ Thomas A. Woods
MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Plaintiff*
BRIGHTHOUSE LIFE INSURANCE COMPANY