# EXHIBIT 3

# NOTE MODIFICATION AGREEMENT

Loan 198718                                                    Effective Date: February 28, 2022

WHEREAS, 104 Partners, LLC, a California limited liability company, ACDF, LLC, a California limited liability company, Maricopa Orchards, LLC, a California limited liability company, C & A Farms, LLC, a California limited liability company and Cantua Orchards LLC, a California limited liability company (jointly and severally, the "**Borrower**") executed and delivered to Brighthouse Life Insurance Company ("**Lender**") that certain Note, in the original principal amount of $11,400,000.00 (the "**Loan**"), dated February 28, 2017 (the "**Note**"); as modified by that certain Consent to Transfer and Assumption Agreement dated August 18, 2021 and recorded in Fresno and Kern Counties, CA document numbers 2021-0133772 and 221155378, respectively.

WHEREAS, the Borrower has requested a modification of the terms of the Loan; and

WHEREAS, Lender has agreed to Borrower's request subject to the terms and conditions set forth below.

NOW, THEREFORE, for good and valuable consideration, Borrower hereby covenants and agrees as set forth below:

1. As of the Effective Date, the terms of the Note are hereby modified as follows:

   a). The scheduled principal repayment terms of the Loan set forth in Section 2(b) of the Note are hereby modified as follows:

   "(b)   Beginning on July 5, 2022 and continuing on the fifth (5) day of each January and July thereafter until the Maturity Date, Borrower shall make a payment of principal in the amount of Sixty Thousand and 00/100 Dollars ($60,000.00), plus accrued interest."

2. In the event of any conflicts or inconsistencies between the terms and conditions set forth in Section 1 of this agreement and in the Note, then the terms and conditions set forth in this Section 1 shall control.

3. The default rate of interest shall remain at 16%.

4. A default under this Agreement shall be a default under the Note and all other loan documents evidencing and/or securing the Note (collectively the "Loan Documents").

ACDF, LLC,
a California limited liability company

By: _____
    Farid Assemi
    Its General Manager

By: _____
    Farshid Assemi
    Its General Manager

By: _____
    Darius Assemi,
    Its General Manager

104 PARTNERS, LLC,
a California limited liability company

By: _____
    Farid Assemi
    Its General Manager

By: _____
    Farshid Assemi
    Its General Manager

By: _____
    Darius Assemi,
    Its General Manager

CANTUA ORCHARDS, LLC,
a California limited liability company

By: _____
    Farid Assemi
    Its General Manager

By: _____
    Farshid Assemi
    Its General Manager

By: _____
    Darius Assemi
    Its General Manager

6. Borrower represents and warrants Borrower has no claims, defenses or offsets with respect to the outstanding balance owing on the Note or other Loan Documents, and there is no event of default under the Note or other Loan Documents.

7. Borrower understands all other covenants and agreements contained in the aforesaid Note and all other Loan Documents shall remain in full force and effect and are not changed hereby.

Borrower hereby acknowledges receipt of a copy of this instrument.

In Witness Whereof, Borrowers have executed this instrument this __5__ day of __April__, 2022.

**Borrowers:**

MARICOPA ORCHARDS, LLC,
a California limited liability company

By: _____
    Farid Assemi
    Its General Manager

By: _____
    Farshid Assemi.
    Its General Manager

By: _____
    Darius Assemi,
    Its General Manager

C & A FARMS, LLC,
a California limited liability company

By: _____
    Farid Assemi
    Its General Manager

By: _____
    Farshid Assemi
    Its General Manager

By: _____
    Darius Assemi,
    Its General Manager

This Note Modification Agreement has been acknowledged and accepted by Lender, as of the Effective Date.

**BRIGHTHOUSE LIFE INSURANCE COMPANY**
a Delaware corporation

By: MetLife Investment Management, LLC,
    its investment manager

By: _____
Name: Jonathan B. Dressler
Title: Authorized Signatory and Director