# EXHIBIT 8

**Partial Reconveyance**
Kern County Loan
2020-01-23

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Recorded at Request of
Old Republic Title Company

141101(o(o24-DB

Jon Lifquist, Assessor-Recorder
Kern County Official Records

SR
1/23/2020
10:08 AM

Recorded Electronically by:
451  Old Republic Title Company

DOC #: 220009472


220009472

| Stat Types: | 1 | Pages: | 5 |
|---|---|---|---|
| FEES | | | 25.00 |
| TAXES | | | .00 |
| OTHER | | | .00 |
| PAID | | | 25.00 |

AFTER RECORDING, MAIL TO:

Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Attention: Virginia M. Pedreira

Loan No. 198718

## PARTIAL RECONVEYANCE
### (without Satisfaction)
### (Kern, County, California)

Exempt from fee per GC27388.1; document recorded in connection with a concurrent transfer subject to the imposition of documentary transfer tax

    LEON A. MORENO, as the Trustee under that certain Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated as of February 28, 2017, and made by 104 PARTNERS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; ACDF, LLC, a California limited liability company; C & A FARMS, LLC, a California limited liability company; and BETSY ELAINE GARCIA, a married woman as her sole and separate property and recorded on February 28, 2017 in the Official Records of Kern County, California, as Document No. 000217026054 (the "**Deed of Trust**"), made for the benefit of MetLife Insurance Company USA, a Delaware corporation, now known as BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation, as Beneficiary, having received from Beneficiary a written request to reconvey in accordance with the terms of the Deed of Trust all estate now held by said Trustee under the Deed of Trust in and to the hereinafter described Release Parcel (and only with respect to the Release Parcel), hereby reconveys, without warranty, and **without satisfaction or release** of any obligation of any obligor under the notes and other indebtedness secured by the Deed of Trust, to the person or persons legally entitled thereto, all estate now held by it thereunder in and to that property situated in Kern County, California, described in <u>Exhibit A</u> attached hereto and made a part hereof (the "**Release Parcel**").

    Such Partial Reconveyance is to cover only the Release Parcel and all remaining land encumbered by the Deed of Trust as of the date of this Partial Reconveyance is to remain so encumbered. The remaining property described in the Deed of Trust shall continue to be held by said Trustee under the terms thereof, and as provided in the Deed of Trust and this Partial Reconveyance is made without affecting the personal liability of any person for payment of the indebtedness secured by the Deed of Trust upon the remainder of the property encumbered thereby.

1

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718
104901312.1 0053564-00390

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Beneficiary, as the holder of the Deed of Trust and the indebtedness secured thereby, joins herein for the purpose of evidencing its consent to this Partial Reconveyance.

*(signatures appear on following page)*

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718
104901312.1 0053564-00390

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Dated this 22 day of January, 2020.

        BENEFICIARY:

        BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation, formerly MetLife Insurance Company USA, a Delaware corporation

        By:   MetLife Investment Management, LLC, its investment manager

        By: _____
        Name: Leonides A. Moreno
        Title: Authorized Signatory and Director

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA        )
                               ) ss.
COUNTY OF Fresno            )

On January 22, 2020 before me, Erin E Thorpe, Notary Public, personally appeared Leonides A Moreno, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

        Signature: Erin E Thorpe    (seal)



ERIN E. THORPE
COMM. #2311628
Notary Public - California
Fresno County
My Comm. Expires Dec. 4, 2023

3

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718
104901312.1 0053564-00390

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

TRUSTEE:

_____
LEON A. MORENO, Trustee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA           )
                              ) ss.
COUNTY OF Fresno              )

On January 22, 2020 before me, Erin E Thorpe, Notary Public, personally appeared LEON A. MORENO, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Erin E Thorpe_____          (seal)



4

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718
104901312.1 0053564-00390

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

# EXHIBIT A

## DESCRIPTION OF THE RELEASED PROPERTY

The land referred to is situated in the unincorporated area of the County of Kern, State of California, and is described as follows:

Parcel 45, as shown on that certain map entitled "Parcel Map No. 9974", filed for record November 24, 1993, in Book 46, Page 4 of Parcel Maps, in the Office of the County Recorder of Kern County and certificates of correction thereto recorded January 7, 1994 as Instrument Nos. 1994003489; 1994003490 and 1994003491 and March 16, 1995 as Instrument No. 1995-32909 of Official Records of Kern County.

Except all minerals, and all gas, petroleum and other hydrocarbon substances in and under said property as reserved in the certain Grant Deed dated August 16, 1972, by and between Tejon Ranch Co., as Grantor, and Tejon Agricultural Partners, a limited partnership, as Grantee, recorded on August 16, 1972 in Book 4712, Page 24 of Official Records, County of Kern, State of California.

APN: 238-400-43-00

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718
104901312.1 0053564-00390

**Partial Reconveyance**
Kern County Loan
2022-02-28

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Jon Lifquist, Assessor-Recorder
Kern County Official Records

DD
2/28/2022
08:00 AM

RECORDING REQUESTED BY
**OLD REPUBLIC TITLE COMPANY**

Escrow No.: 1421001705-DB
APN: 295-050-17 and 295-131-01

Recorded Electronically by:
451   Old Republic Title Company

DOC #: 222031208


222031208

Stat Types: 1    Pages: 7
FEES       31.00
TAXES        .00
OTHER        .00
PAID       31.00

WHEN RECORDED MAIL TO
MetLife Investments Management, LLC
205 River Park Circle, Suite 430
Fresno, CA 93720

Loan No. 198718

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Partial Reconveyance (without Satisfation) (Kern, County, California)

1  ☒  Exempt from fee per GC27388.1(a)(2); document recorded in connection with a concurrent transfer subject to the imposition of documentary transfer tax

2  ☐  Exempt from fee per GC27388.1(a)(2); document transfers real property that is a residential dwelling to an owner-occupier

3  ☐  Exempt from fee per GC27388.1(a)(2); document recorded in connection with a concurrent transfer that is a residential dwelling to an owner-occupier

4  ☐  Exempt from fee per GC 27388.1(a)(1); fee cap of $225 reached

---------------------------------------------- For Use in Select Counties ----------------------------------------------

5  ☐  Exempt from fee per GC27388.1(a)(2); document is subject to the imposition of documentary transfer tax

6  ☐  Exempt from fee per GC27388.1(a)(2); document recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date) as document number _____

7  ☐  Exempt from fee per GC27388.1(a)(2); document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier. The recorded document transferring the dwelling to the owner-occupier was recorded on _____ (date) as document number(s)_____

8  ☐  Exempt from fee per GC27388.1(a)(1); maximum fees having been paid on documents in the transaction(s) recorded previously on _____ (date) as document number(s)

9  ☐  Exempt from fee under GC27388.1 for the following reasons: _____

10  ☐  Exempt from fee per GC 27388.1(a)(1); not related to real property

11  ☐  Exempt from fee per GC27388.1(a)(2); document is executed or recorded by the state or any county, municipality, or other political subdivision of the state

12  ☐  Exempt from fee per GC 27388.1(a)(1); document is executed or recorded by the federal government in accordance with the Uniform Federal Lien Registration Act (Title 7 (commencing with Section 2100) Part 4 of the Code of Civil Procedure).

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.
Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Recorded at Request of
Old Republic Title Company

Escrow 1421001705 - DB
Title FN-41814-CA-24

AFTER RECORDING, MAIL TO:

MetLife Investment Management, LLC
205 River Park Circle, Suite 430
Fresno, CA 93720

Loan No. 198718

---

## PARTIAL RECONVEYANCE
### (without Satisfaction)
### (Kern, County, California)

      LEON A. MORENO, as the Trustee under that certain Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated as of February 28, 2017, and made by 104 PARTNERS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; ACDF, LLC, a California limited liability company; C & A FARMS, LLC, a California limited liability company; and CANTUA ORCHARDS LLC, a California limited liability company and recorded on February 28, 2017 in the Official Records of Kern County, California, as Document No. 000217026054 (the "**Deed of Trust**"), made for the benefit of MetLife Insurance Company USA, a Delaware corporation, now known as BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation, as Beneficiary, And as amended by that certain Consent to Transfer and Assumption Agreement dated August 18, 2021 and recorded in the Official Records of Kern County, California as Document No. 221155378 (the "**Assumption**" and collectively the "**Deed of Trust**"); having received from Beneficiary a written request to reconvey in accordance with the terms of the Deed of Trust all estate now held by said Trustee under the Deed of Trust in and to the hereinafter described Release Parcel (and only with respect to the Release Parcel), hereby reconveys, without warranty, and **without satisfaction or release** of any obligation of any obligor under the notes and other indebtedness secured by the Deed of Trust, to the person or persons legally entitled thereto, all estate now held by it thereunder in and to that property situated in Kern County, California, described in <u>Exhibit A</u> attached hereto and made a part hereof (the "**Release Parcel**").

      Such Partial Reconveyance is to cover only the Release Parcel and all remaining land encumbered by the Deed of Trust as of the date of this Partial Reconveyance is to remain so encumbered. The remaining property described in the Deed of Trust shall continue to be held by said Trustee under the terms thereof, and as provided in the Deed of Trust and this Partial Reconveyance is made without affecting the personal liability of any person for payment of the

1

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

indebtedness secured by the Deed of Trust upon the remainder of the property encumbered thereby.

Beneficiary, as the holder of the Deed of Trust and the indebtedness secured thereby, joins herein for the purpose of evidencing its consent to this Partial Reconveyance.

*(signatures appear on following page)*

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Dated this 7th day of February, 2022.

        BENEFICIARY:

        BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation, formerly MetLife Insurance Company USA, a Delaware corporation

        By:   MetLife Investment Management, LLC, its investment manager

        By: _____
        Name: Leonides A. Moreno
        Title: Authorized Signatory and Director

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
                                         ) ss.
COUNTY OF Fresno             )

On February 7, 2022 before me, Erin E Thorpe, Notary Public, personally appeared Leonides A. Moreno, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

        Signature: _____  (seal)



ERIN E. THORPE
COMM. #2311628
Notary Public · California
Fresno County
My Comm. Expires Dec. 4, 2023

3

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.
Case 1:24-cv-01235-KES-SAB   Document 14-8   Filed 10/25/24   Page 13 of 15

TRUSTEE:

_____
LEON A. MORENO, Trustee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF Fresno               )

On February 7, 2022 before me, Erin E Thorpe, Notary Public, personally appeared LEON A. MORENO, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: Erin E Thorpe               (seal)



ERIN E. THORPE
COMM. #2311628
Notary Public · California
Fresno County
My Comm. Expires Dec. 4, 2023

4

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

# EXHIBIT A

## DESCRIPTION OF THE RELEASED PROPERTY

The land described herein is situated in the State of California, County of Kern, unincorporated area, described as follows:

PARCEL 1: APN 295-050-17

The Southeast 1/4 of Section 25, Township 32 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

EXCEPT an undivided 1/2 interest in and to all oil, gas and other hydrocarbon substances and minerals within or underlying said land, as reserved in Deed from W.L. Scally, a single man, recorded January 2, 1958 in Book 2887, Page 454 of Official Records.

ALSO EXCEPT an undivided 1/8 interest in and to all oil, gas, hydrocarbon substances and minerals in and under said land, as excepted by John M. Antongiovanni and Vole J. Antongiovanni, husband and wife, in deed recorded September 19, 1979 in Book 5229, Page 2013 of Official Records.

ALSO EXCEPT an undivided 1/4 interest in and to all oil, gas, hydrocarbon substances and minerals in and under said land as excepted by Frank J. Me Kenna and Linda R. Me Kenna, husband and wife, and Thomas F. Walsh and Judith C. Walsh, husband and wife, in deed recorded September 19, 1979 in Book 5229, Page 2029 of Official Records.

PARCEL 2: APN 295-130-02 New APN: 295-131-01

The Fractional Southwest 1/4 of Section 30, Township 32 South, Range 27 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, as shown on the Record of Survey filed November 19, 1895 in Book 1, Page 128 of Records of Survey, in the Office of the County Recorder of said County.

EXCEPT an undivided 1/2 interest in and to all oil, gas, petroleum and other hydrocarbon substances within or underlying said land or that may be produced therefrom, as reserved in deed from Amalie Durkin, dated September 25, 1952 recorded October 17, 1952 in Book 1995, Page 263 of Official Records.

ALSO EXCEPT an undivided 1/4 interest in and to all oil, gas, petroleum, and other hydrocarbon substances within or underlying said land or that may be produced therefrom, as excepted in Deed from R.L. Sanders, and Ruth Sanders, his wife, to Calflax Company, a

5

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

California corporation dated November 9, 1959, recorded December 3, 1959 in Book 3217, Page 331 of Official Records.

ALSO EXCEPT an undivided 1/8th interest in and to all oil, gas, petroleum, and other hydrocarbon substances within or underlying said land or that may be produced therefrom, as excepted by South Lake Farms, a corporation, in deed recorded April 4, 1973 in Book 4778, Page 1355 of Official Records.

ALSO EXCEPT an undivided 1/32 interest in and to all oil, gas, hydrocarbon substances and minerals in and under, said land, as excepted by John M. Antongiovanni and Yole J. Antongiovanni, husband and wife, in deed recorded September 19, 1979 in Book 5229, Page 2013 of Official Records.

ALSO EXCEPT an undivided 1/16th interest in and to all oil, gas, hydrocarbon substances and minerals in and under said land, as excepted by Frank Mc Kenna and Linda R. Mc Kenna, husband and wife, and Thomas F. Walsh and Judith C. Walsh, husband and wife, in deed recorded September 19, 1979 in Book 5229, Page 2029 of Official Records.

Partial Reconveyance
104 Partners (Cattani)
Loan No. 198718