MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, successor in interest to 104 PARTNERS, LLC; C & A FARMS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; CANTUA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1-100,<br><br>Defendants. | Case No. 1:24-cv-01235 KES-SAB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(ACDF, LLC; C & A FARMS, LLC; MARICOPA ORCHARDS, LLC; and CANTUA ORCHARDS, LLC)**<br><br>(Local Rule 144)<br><br>Action Filed: October 10, 2024<br>Trial Date: Not Set |

# STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY ("Plaintiff"), and Defendants ACDF, LLC, successor in interest to 104 PARTNERS, LLC; C & A FARMS, LLC; MARICOPA ORCHARDS, LLC; and CANTUA ORCHARDS, LLC (collectively, the "Maricopa Defendants"), altogether the "Parties," by and through their counsel, represent and stipulate as follows:

1. The above-captioned action was commenced on October 10, 2024. Dkt. No. 1.

2. Counsel for the Maricopa Defendants has accepted service on behalf of the Maricopa Defendants. The Parties have agreed that the Maricopa Defendants will file responses to the Complaint no later than December 16, 2024.

Now therefore, Plaintiff and the Maricopa Defendants stipulate under Local Rule 144(a) that the deadline for the Maricopa Defendants to file a response to the Complaint shall be December 16, 2024.

DATED: November 18, 2024         STOEL RIVES LLP

                                  */s/* Thomas A. Woods
                                  MICHAEL B. BROWN, Bar No. 179222
                                  THOMAS A. WOODS, Bar No. 210050
                                  BENJAMIN J. CODOG, Bar No. 307034
                                  MICHELLE J. ROSALES, Bar No. 343519

                                  *Attorneys for Plaintiff*
                                  BRIGHTHOUSE LIFE INSURANCE COMPANY

DATED: November 18, 2024         MCDERMOTT WILL & EMERY LLP

                                  */s/ Michael Nadel*
                                  *(as authorized on November 18, 2024)*
                                  ROBERT BARTON, Bar No. 269455
                                  MICHAEL NADEL *(pro hac vice pending)*

                                  *Attorneys for Defendants*
                                  ACDF, LLC; C & A FARMS, LLC; MARICOPA ORCHARDS, LLC; and CANTUA ORCHARDS, LLC