# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | Case No.  1:24-cv-01235-KES-SAB <br><br> ORDER GRANTING NICHOLAS R. MARCUS'S *PRO HAC VICE* APPLICATION <br><br> (ECF No. 50) |

Before the Court is the application of Nicholas R. Marcus's, attorney for Prudential Insurance Company of America, for admission to practice *pro hac vice*.  L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **February 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1