# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>      v.<br><br>ACDF, LLC, et al.,<br><br>          Defendants. | Case No.  1:24-cv-01235-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 53) |

On May 18, 2026, the parties filed a stipulation to continue the initial scheduling conference.  (ECF No. 53.)  For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to September 22, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge